# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO COCONI-ORTIZ,<br>Plaintiff,<br><br>v.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOES INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:   2:23-cv-00492<br><br>ORDER GRANTING<br>(ECF No. 21) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 24th day of August, 2023.          DATED this 24th day of August, 2023.

**DE CASTROVERDE LAW GROUP**          **THORNDAL ARMSTRONG, PC**

*/s/ Kimberly Valentin*                                */s/Philip Goodhart*
Kimberly Valentin                                      Philip Goodhart, Esq.
Nevada Bar No. 12509                             Nevada Bar No. 5332
South Maryland Pkwy.                              1100 /east Bridger Avenue
Las Vegas, Nevada 89104                        Las Vegas, NV 89101
*Attorney for Plaintiff*                                *Attorneys for Defendants*

1

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, August 23rd 2023, I received concurrence from Defendant's counsel, Philip Goodhart, to file this document with his electronic signature attached. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 24th day of August, 2023.

                                */s/ Kimberly Valentin*
                                Kimberly Valentin
                                Nevada Bar No. 12509

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefore,

IT IS SO ORDERED.

DATED: August 28, 2023                      _____
                                              Anne R. Traum
                                              United States District Court Judge

**DE CASTROVERDE LAW GROUP**

*/s/ Kimberly Valentin*
Kimberly Valentin
Nevada Bar No. 12509
South Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorney for Plaintiff*